Before Division One: LISA WHITE HARDWICK, P.J., and JAMES M. SMART, JR. and ALOK AHUJA, JJ.

## ORDER

PER CURIAM:

Christopher B. Durnil appeals his conviction for assault in the first degree, § 565.050, RSMo 2000, burglary in the first degree, § 569.160, and armed criminal action, § 571.015. Durnil argues that the trial court plainly erred in failing, *sua sponte,* to declare a mistrial after a venireperson stated during voir dire that she had previously seen Durnil "throw fits" in public. We affirm. Because a published opinion would have no precedential value, a memorandum setting forth the reasons for this order has been provided to the parties. Rule 30.25(b).

Before Division III: JAMES E. WELSH, Presiding Judge, and MARK D. PFEIFFER and KAREN KING MITCHELL, Judges.

### Order

PER CURIAM.

Darrell Hopkins appeals the Labor and Industrial Relations Commission's ("Commission") order affirming the dismissal of his claim for unemployment benefits. Hopkins contends that the Commission erred in affirming the order of dismissal because: (1) Hopkins had no opportunity to present his own evidence regarding the validity of his discharge from employment and thus he was denied a fair hearing; and (2) the evidence that his employer presented to support his termination was fabricated and procured by fraud. We affirm. Rule 84.16(b).

Darrell L. HOPKINS, Appellant,

v.

DIVISION OF EMPLOYMENT SECURITY, Respondent.

No. WD 70894.

Missouri Court of Appeals, Western District.

Feb. 2, 2010.

Darrell L. Hopkins, Hamilton, MO, pro se.

Larry R. Ruhmann, Jefferson City, MO, for Respondent.

PARKVILLE SOD, LAWN & GARDEN CENTER, INC. d/b/a Miller's Landscaping & Lawn Care, Respondent,

v.

STAR DEVELOPMENT CORPORATION, Appellant.

No. WD 70573.

Missouri Court of Appeals, Western District.

Feb. 2, 2010.